Submitted on record and briefs December 17, 1997, reversed and remanded
February 4, 1998

In the Matter of Jeff Lyle Morse,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## JEFF LYLE MORSE,
*Appellant.*

(96C-11312; CA A97120)

952 P2d 573

Theresa M. Kohlhoff filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Sharon R. Schooley, Assistant Attorney General, filed the brief for respondent.

Before Riggs, Presiding Judge, and Deits, Chief Judge, and Landau, Judge.

PER CURIAM

Reversed and remanded. *State v. Montgomery,* 147 Or App 69, 934 P2d 640 (1997); *State v. Tardanico,* 132 Or App 230, 888 P2d 15 (1994).